UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

          Plaintiff,

    v.

GUL AUTO CARE,

          Defendant.

Case No.  25-cv-08078-TLT (SK)

**ORDER TO SHOW CAUSE**

Regarding Docket No. 11

On January 2, 2026, Hamad Gul, proceeding pro se on behalf of Defendant Gul Auto Care ("Defendant"), filed a motion to dismiss Plaintiff John Brosnan's Complaint.  (Dkt. No. 11.)  The Court scheduled a motion hearing for March 16, 2026 at 9:30 a.m. via Public Zoom Webinar. (Dkt. No. 13.)

Pursuant to Northern District of California Civil Local Rule 3-9(b), "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."  Civ. L. R. 3-9(b).  Because the Defendant in this action is a business, Mr. Gul cannot file motions in this action without an attorney.  *See Rittenhouse Snoddy v. TEEMA, Inc.*, No. 4:25-CV-04563-KAW, 2025 WL 1635866, at *1 (N.D. Cal. June 9, 2025) (finding that because the plaintiff was a corporation, it could participate in the litigation without an attorney). Accordingly, the Court HEREBY ORDERS Defendant to show cause in writing no later than February 20, 2026 why this Court should not strike the motion to dismiss.

**IT IS SO ORDERED**.

Dated: January 20, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California