UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

          Plaintiff,

    v.

GUL AUTO CARE,

          Defendant.

Case No.  25-cv-08078-SK

**ORDER OF DISMISSAL WITH PREJUDICE**

Regarding Docket No. 23

On February 19, 2026, Plaintiff John Brosnan filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 23.)  Defendant Gul Auto Care has not filed an answer or any other motion.  The Court HEREBY DISMISSES this case WITH PREJUDICE.  Each party shall bear its own fees and costs.  The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: February 23, 2026

SALLIE KIM
United States Magistrate Judge